9672.   STATE LIFE INSURANCE COMPANY *v.* ANDERSON.

WADE, C. J. There are no special assignments of error, and though the testimony was apparently somewhat indefinite, there was some evidence to support the verdict, which has the approval of the trial judge; and therefore the judgment overruling the motion for a new trial is

*Affirmed. Jenkins and Luke, JJ., concur.*
DECIDED JULY 11, 1918.

Complaint; from city court of Athens—Judge West. March 9, 1918.

*Green & Michael, O. J. Tolmas,* for plaintiff in error.
*Thomas J. Shackelford,* contra.